**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARL HEMPHILL, and MJC LABOR SOLUTIONS, LLC,** | : : : | **CIVIL ACTION** <br> **No. 19-5260** |
| **Plaintiffs,** | : : | |
| v. | : : | |
| **LANDMARK INSURANCE COMPANY,** | : : | |
| **Defendant.** | : | |

**ORDER**

This 9th day of July, 2020, upon consider of Defendant's Motion to Dismiss (ECF 15), Plaintiffs' Response in Opposition (ECF 19), and the parties' respective replies (ECFs 20, 21), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**, as the Court has concluded that there is no legal basis upon which Defendant would have been required to provide insurance coverage for the claims asserted against Plaintiffs in the related action, *Jose Enrique Castillo Chaidez v. Carl Hemphill, et al.*, No. 18-1837 (E.D. Pa. May 1, 2018).

                                                                                        /s/ Gerald Austin McHugh
                                                                                       United States District Judge